OPINION — AG — EXPENDITURES SUCH AS ITEMIZED IN THE AUDIT REPORT, RELATING TO FEDERAL AREA REDEVELOPMENT ACTIVITIES, MAY NOT LAWFULLY BE MADE OUT OF THE FUNDS OF THE STATE INSURANCE FUND, AND YOUR QUESTION IS NEGATIVE. CITE: 85 O.S. 1961 131 [85-131], 85 O.S. 1961 133 [85-133](2), 85 O.S. 1961 132 [85-132], 85 O.S. 1961 139 [85-139] [85-139], 74 O.S. 1961 500.2 [74-500.2], OPINION NO. OCTOBER 5, 1961 — CHIEF OF REGULATED DRUG ENFORCEMENT, 85 O.S. 1961 133 [85-133](6) (CHARLES NESBITT)